PHILIP S. GRIFFIN #872322
phil@clarkegriffin.com
JOANNA M. WAGNER #085005
joanna@clarkegriffin.com
Clarke Griffin, LLC
52490 SE 2nd St. Ste. 150
Scappoose, OR 97056
Telephone: 503-543-4800
Fax: 888-543-4806

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **LUNING MEJIA**, an individual,<br>Plaintiff,<br>v.<br><br>**BALTAZAR CALDERON-BARRIGA**, an individual; and **AMERICAN HONDA MOTOR COMPANY**, a California corporation,<br>Defendant. | Case. No. 3:14-CV-01106-BR<br><br>STIPULATED LIMITED JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BALTAZAR CALDERON-BARRIGA |

Based upon the STIPULATION of the parties hereto, and it appearing to the Court that

The above captioned matter has been fully compromised and settled as to defendant Baltazar

Calderon-Barriga, it is hereby

Page 1 – STIPULATED LIMITED JUDGMENT OF DISMISSAL

Clarke Griffin, LLC
52490 SE 2nd St. Ste. 150
Scappoose, OR 97056
503-543-4800

ORDERED AND ADJUDGED that the above captioned matter be dismissed with prejudice and without costs to any party as to defendant Baltazar Calderon-Barriga only.

DATED this 25th day of August, 2014.

_____

IT IS SO STIPULATED:

_____    8/18/14
PHILIP S. GRIFFIN, OSB #872322      Dated
Of Attorneys for Plaintiff, Luning Mejia

_____    8/15/14
JULIE D. ELKINS, OSB #860320        Dated
Attorney for Defendant, Baltazar Calderon-Barriga

Page 2 – STIPULATED LIMITED JUDGMENT OF DISMISSAL

Clarke Griffin, LLC
52490 SE 2nd St. Ste. 150
Scappoose, OR 97056
503-543-1800